CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 0 3 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LORETTE M. LEMOND, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06CV00567 |
| v. | ) | **FINAL ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | By: Samuel G. Wilson United States District Judge |
| Defendant. | ) | |

This Social Security appeal by plaintiff, Lorette M. Lemond, was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) for review and for the preparation of a report setting forth his proposed findings and recommendations concerning its proper disposition. The Magistrate Judge has now filed a report which concludes that the final decision of the Commissioner of Social Security (which granted plaintiff's claim for supplemental income effective July 1, 2007, but denied her claim for disability insurance benefits because the onset of her disability postdated the expiration of her insured status) is supported by substantial evidence and should be affirmed. The plaintiff has objected to the report, and the case is now before the court on those objections.

The court has reviewed the Magistrate Judge's report, the objections to that report, and pertinent portions of the administrative record, and concludes that the Magistrate Judge's report is substantially correct and therefore adopts that report.

Accordingly, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the Commissioner and his final decision is **AFFIRMED**, this case is **ORDERED** stricken from the docket of the court.

**ENTER:** This December 3, 2009.

_____
UNITED STATES DISTRICT JUDGE